Case 3:23-cv-00181-KRG   Document 8-1   Filed 08/31/23   Page 1 of 1

1301 Twelfth Street, Suite 400
Altoona, Pennsylvania 16601

Voice - 814 949-2470
Fax   814 949-0372
TDD – 711

planning@altoonapa.gov
www.altoonapa.gov



Randy Isenberg, Chairperson
Dave Albright, Vice Chairperson
Jennifer Mikolajczyk, Secretary
Michael Haire, Vice Secretary
James Dixon
Charles Meyers
Richard Haines

**ALTOONA CITY PLANNING COMMISSION**

## RESOLUTION
## DECLARATION OF BLIGHT
909 27th Street

**Whereas**  the City has undertaken aggressive measures under the International Property maintenance Code and the Community Development Block Grant Program to eliminate blight from the City; and

**Whereas**  the property at 909 27th Street is found to be blighted under the provisions of Article XXIX Chapter 535-213 of the City Ordinance addressing factors for blight declaration on individual properties as enumerated below:
- The property address is 909 27th Street
- Because of physical condition or use property is regarded as a public nuisance at common law or has been declared a public nuisance in accordance with the local housing, building, plumbing, fire and related codes
- Because of physical condition, use or occupancy is considered an attractive nuisance to children, including but not limited to abandoned wells, shafts, basements, excavation, and unsafe fences or structures
- Because it is dilapidated, unsanitary, unsafe, vermin-infested or lacking in the facilities and equipment required by the housing code of the municipality, has been designated by the department responsible for enforcement of the code as unfit for human habitation
- The property shall in no way be acquired by any public sector agency
- The Redevelopment Authority has not been nor will be involved in any way
- The owner has received prior notice that this Declaration is pending
- The notice included a statement of appeal rights
- The appeal period for the notice has tolled, and

**Whereas**  Community Development Block Grant monies have been set aside for the elimination of slums and blight in the city; and

**Whereas**  all conditions are present to allow a Declaration of Blight to be issued; it is therefore

**Resolved**  that the property at 909 27th Street

**Resolved**  that this Commission recommends that the site be razed and that the appropriate reuse for this property is residential in nature.

_____            9·1· 2020
Chairperson                                                         Date

*Printed on Recycled Paper*