## MUNICIPAL LIEN

| | |
|---|---|
| CITY OF ALTOONA,<br>    Plaintiff<br>vs.<br><br>SHLOMO DOTAN<br>P.O. Box 1780<br>Altoona, PA 16603<br>    Defendants | IN THE COURT OF COMMON PLEAS<br>OF BLAIR COUNTY, PENNSYLVANIA<br><br>NO. 2021 GN 3085 |

The Plaintiff above named filed its municipal claim against the above-named Defendant in the sum of $8,942.00, interest hereinafter mentioned and set forth the following:

FIRST: The name and legal title of the Plaintiff is the City of Altoona.

SECOND: The name of the owner, or reputed owner, of the property against which this lien is filed is SHLOMO DOTAN.

THIRD: Said property is situate in the City of Altoona, in the County of Blair, and is located at 909 27th Street, as is described as follows, to wit:

Property designated as Blair County Tax Parcel No. 01.12-34..-043.00-000.

FOURTH: The work for which this claim was done under and by virtue of Section 110, "Demolition" and Section 110.3, "Failure to Comply" of the 2015 International Property Maintenance Code.

FIFTH: The work for which this claim is filed was completed on September 16, 2021.

SIXTH: The kind and character of the work was to raze the house ($8,942.00) and includes the amount to reimburse the City of Altoona for costs for demolition and related fees of said demolition which was completed on or about September 16, 2021.

THE PREMISES of 909 27th Street, Altoona, PA

_____
Thomas P. Finn, Esquire
City of Altoona Solicitor
PA Attorney I.D. No. 61960

THE PROTHONOTARY OF BLAIR COUNTY, PENNSYLVANIA IS REQUIRED TO ENTER THE ABOVE CLAIM IN THE PROPER TAX AND MUNICIPAL LIEN DOCKET, AND UPON THE JUDGMENT AND LOCALITY INDEX.